| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | *7S Oil & Gas, LLC* |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | *47-1600685* |
| **4.** | **Debtor's address** | **Principal place of business** *4310 S State Highway 349* *Midland, TX 79706* Number, Street, City, State & ZIP Code  *Midland* County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor   **7S Oil & Gas, LLC**_____   Case number (*if known*)_____
              Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor   *7S Oil & Gas, LLC*   Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **7S Oil & Gas, LLC**                                    Case number (*if known*)
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  6, 2019**
              MM / DD / YYYY

X **/s/ Wiliam Sewell**                              **Wiliam Sewell**
  Signature of authorized representative of debtor     Printed name

Title  **Managing member**

**18. Signature of attorney**

X **/s/ Eric A. Liepins**                            Date  **May  6, 2019**
  Signature of attorney for debtor                           MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12270 Coit Road**
**Suite 100**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone  **972-991-5591**    Email address  **eric@ealpc.com**

**12338110 TX**
Bar number and State

Fill in this information to identify the case:

Debtor name: **7S Oil & Gas, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **-NONE-** | | | | | | |

50-50 Backhoe Service LLC 50-50 Backhoe
506 South 13th Street
Artesia, NM 88210


5NR 7-3 LLC


5NR 7-3,LLC
16400 Dallas Parkway
Suite 400
Dallas, TE 75248


5NR Cowden LLC
16400 DALLAS PKWY NO 305
DALLAS, TX 75248-2609


5NR OK 1707, LLC
16400 Dallas Parkway
Suite 400
Dallas, TE 75248


5NR Riptide, LLC
16400 DALLAS PKWY NO 305
DALLAS, TX 75248-2609


5NR SPR SWD, LLC
16400 Dallas Parkway
Suite 400
Dallas, TE 75248


Alliance Machine & Specialties Inc
2836, 8711 Andrews Hwy.
Odessa, TX 79765


ARCH Energy Partners LLC
16400 Dallas Parkway
Suite 400
Dallas, TE 75248

```
ARCH Oil & Gas, LLC
16400 Dallas Parkway
Suite 400
Dallas, TE 75248


Central Appraisal District of Taylor Co
1534 S Treadaway Blvd.
Abilene, TX 79602


CMINT Productions LLC
13924 Qail Pinte Drive # B
Oklahoma City, OK 73134


CMINT Productions, LLC
16400 Dallas Parkway
Suite 400
Dallas, TE 75248


Culberson CAD
1800 W Broadway St.
Van Horn, TX 79855


DeepWell Energy Services, LLC
4025 Highway 35 North
Columbia, MS 39429


Dutton Harris & CO
218 W Illinois Ave # 100
Midland, TX 79701


Expert pumping unit services
3201 S County Rd 1260
Midland, TX 79706


Fifth Natural Resources LLC
16400 Dallas Parkway
Suite 400
Dallas, TE 75248
```

```
Fifth Partners LLC
16400 Dallas Parkway
Suite 400
Dallas, TE 75248


Fifth Royalties LLC
16400 Dallas Parkway
Suite 400
Dallas, TE 75248


Frac Tank Rentals
191 E Tammy Dr,
Odessa, TX 79766


Greens Pipe Service, Inc.
8707 Andrews Hwy.
Odessa, TX 79765


H & H pumping
1370 SE Reed Market Rd.
Bend, OR 97702


Hockley County Tax Office
624 Ave H STE 101
Levelland, TX 79336


Joseph Drysdale
16400 Dallas Parkway
Suite 400
Dallas, TE 75248


K & G Rental
4310 S State Highway 349
Midland, TX 79706-6411


Liberty Fishing & Rental Tool, Inc.
9220 Andrews Hw.,
Odessa, TX 79765
```

```
Locke Lord LLP
Chase Tower
2200 Ross Ave #2800
Dallas, TX 75201


Magneto Service and Supply Inc.
3891 County Rd 389
Tyler, TX 75705


Martec Pump & Fab inc
2712 W Hillmont Rd.
Odessa, TX 79764


OPM Well Servicing and drilling LLC
4310 S HWY 349
MIDLAND, TX 79706


Pecos County Tax Office
508 Farr St.
Iraan, TX 79744


Priority Supply and Pump LLC
210 E State Highway 302
Kermit Winkler, TX 79745-5117


Reeves County Clerk
100 E 4th St # 101
Pecos, TX 79772


Resilient Oilfield Services LLC
2741 Faudree Rd Apt 6204
Odessa, TX 79765-2172


Rick's Well Service
16400 Dallas Parkway
Suite 400
Dallas, TE 75248
```

```
SOA Pump and Supply Inc.
3361 TX-338 Loop
Odessa, TX 79764


SRH Tools, LLC
1104 North County Rd.
Midland, TX 79706
```

# United States Bankruptcy Court
## Northern District of Texas

In re  **7S Oil & Gas, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **7S Oil & Gas, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 6, 2019**  
Date

*/s/ Eric A. Liepins*  
**Eric A. Liepins**  
Signature of Attorney or Litigant  
Counsel for  **7S Oil & Gas, LLC**  
**Eric A. Liepins**  
**12270 Coit Road**  
**Suite 100**  
**Dallas, TX 75251**  
**972-991-5591 Fax:972-991-5788**  
**eric@ealpc.com**